SEAN P. FLYNN (SBN: 220184)
sflynn@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
5 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone:   (949) 255-6958
Facsimile:    (949) 474-2060

MITCHELL N. ROTH (*Pro Hac Vice*)
JOSEPH P. BOWSER (*Pro Hac Vice*)
GREGORY M. CAFFAS (*Pro Hac Vice*)
**ROTH JACKSON**
8200 Greensboro Drive, Suite 820
McLean, Virginia 22102
Telephone:   (703) 485-3535
Facsimile:    (703) 485-3525
Emails: mroth@rothjackson.com
        jbowser@rothjackson.com
        gcaffas@rothjackson.com

Attorneys for Defendants
CELTIC MARKETING, LLC; SUNPATH LIMITED CORP.; and NORTHCOAST WARRANTY SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BORN, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>        vs.<br><br>CELTIC MARKETING, LLC D/B/A VAD also known as CM AUTO, a limited liability company, SUNPATH LIMITED CORP., a Delaware corporation, NORTHCOAST WARRANTY SERVICES, INC., a Delaware corporation, JOHN DOE 1, an unknown business entity,<br><br>                  Defendants. | CASE NO. 8:19-cv-01950-JLS-ADS<br><br>**DEFENDANTS SUNPATH, LTD. AND NORTHCOAST WARRANTY SERVICES, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:  May 15, 2020<br>Time: 10:30am<br>Ctrm: 10A |

**PLEASE TAKE NOTICE** that on May 15, 2020, at 10:30 a.m., or soon thereafter as this matter may be heard, in Courtroom 10A of the above-entitled court, located at 411 W. Fourth Street, Santa Ana, CA 92701, Defendants SunPath, Ltd. ("SunPath") and Northcoast Warranty Services, Inc. ("Northcoast"), will move the Court to consider their Motion to Dismiss pursuant to Federal Rules of Civil Procedure Section 12(b)(2).

This motion will be based on this Notice of Motion, and the Memorandum of Points and Authorities, the Moses and Garcia Declarations in support, and the pleadings and files in this action and such other oral or documentary evidence as may be made at the hearing of this Motion.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on March 10, 2020.

Dated: March 17, 2020

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/ Sean P. Flynn*
Sean P. Flynn

Dated: March 17, 2020

ROTH JACKSON

By: *s/ Mitch N. Roth*
Mitchell N. Roth (PHV)
Joseph P. Bowser (PHV)
Gregory M. Caffas (PHV)

*Attorneys for Defendants*
CELTIC MARKETING, LLC;
SUNPATH LIMITED CORP.;
and
NORTHCOAST WARRANTY SERVICES, INC.