Case No. SACV 19-01950-JLS (ADS)            Date: April 8, 2020
Title: Dennis Born v. Celtic Marketing LLC, et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                            Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE ("OSC") and ORDER CONTINUING SCHEDULING CONFERENCE**

       On February 4, 2020, the Court set a scheduling conference for April 10, 2020, and ordered counsel to "file a Joint 26(f) Report . . . no later than 14 days before the date set for the scheduling conference." (Doc. 29 ¶ 1.) The parties failed to comply with the Court's Order. Pursuant to the Court's discretion under Federal Rule of Civil Procedure 37(b)(2)(A)(v)-(vii), failure to submit a Joint Rule 26(f) Report may result in the Court dismissing the case, entering a default, and/or finding the parties in contempt of court for failure to obey a court order. Monetary sanctions for failure to obey a Court order may be imposed pursuant to the Court's inherent power.

       On its own motion, therefore, the Court hereby orders counsel to show cause why the Court should not dismiss this action, enter a default, and/or find the parties in contempt for counsel's failure to submit a Joint Rule 26(f) Report. **No later than May 1, 2020**, counsel shall submit a Joint Rule 26(f) Report and a separate written response explaining why counsel has failed to comply with the Court's filing deadlines.

       The Court CONTINUES the April 10, 2020 Scheduling Conference to May 15, 2020 at 10:30 a.m.

       **IT IS SO ORDERED.**

                                                         Initials of Preparer: __tg__