SEAN P. FLYNN (SBN: 220184)
**GORDON REES SCULLY MANSUKHANI, LLP**
5 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 255-6958
Facsimile: (949) 474-2060
Email: sflynn@grsm.com

MITCHELL N. ROTH (*Pro Hac Vice*)
JOSEPH P. BOWSER (*Pro Hac Vice*)
GREGORY M. CAFFAS (*Pro Hac Vice*)
**ROTH JACKSON**
8200 Greensboro Drive, Suite 820
McLean, Virginia 22102
Telephone: (703) 485-3535
Facsimile: (703) 485-3525
Emails: mroth@rothjackson.com
jbowser@rothjackson.com
gcaffas@rothjackson.com

Attorneys for Defendant
CELTIC MARKETING, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BORN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CELTIC MARKETING, LLC D/B/A VAD also known as CM AUTO, a limited liability company and, John Doe 1<br><br>Defendants. | CASE NO. 8:19-cv-01950-JLS-ADS<br><br>**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**<br><br>Hearing Date: May 21, 2021<br>Time: 10:30 a.m.<br>Hon. Josephine L. Staton<br>Courtroom: 10A |

Mitchell N. Roth, Joseph P. Bowser, and Gregory M. Caffas from the law firm Roth Jackson Gibbons Condlin PLC, and Sean P. Flynn of the law firm Gordon Rees Scully Mansukhani, LLP (collectively "Counsel"), counsel for Defendant Celtic Marketing LLC d/b/a VAD also known as CM Auto ("Celtic"), hereby submit their Memorandum in Support of their Motion for Leave to Withdraw as Counsel pursuant to Local Rule 83-2.3.2, and state as follows:

### I. STATEMENT OF RELEVANT FACTS

1. Celtic retained Counsel to represent it in this lawsuit in which Plaintiff Dennis Born sues Celtic for alleged violations of the Telephone Consumer Protection Act of 1991.

2. Without breaching Counsel's confidentiality obligations to Celtic, Counsel seeks leave to withdraw their appearances due to Celtic's non-responsiveness and for professional considerations.

3. Counsel has provided notice to Celtic pursuant to applicable rules of this Court and the California Rules of Professional Conduct regarding Counsel's intention to withdraw, and Celtic has been given reasonable opportunity to address those considerations. Celtic is also aware that the Court requires corporate parties to appear in civil actions via counsel.

4. Counsel has conferred with Plaintiff's attorney, who has advised he does not oppose the relief sought in this Motion.

5. No trial date has been set.

6. Counsel thus seeks to withdraw from their representation of Celtic in this case, by Motion for Leave pursuant to Local Rule 83-2.3.2.

## II. LEGAL STANDARD

In this Court, "[a]n attorney [may not withdraw . . . except by leave of court." Local Rule 83-2.3.2. Moreover, the California Rules of Professional Conduct authorize counsel to withdraw from the representation of a client in certain circumstances, including both the non-responsiveness of Celtic and the professional considerations applicable here, which Counsel will not elaborate upon further to maintain client confidentiality, except to note that it has "render[ed] it unreasonably difficult for [Counsel] to carry out [their] representation effectively." *See Cal. R. of Professional Conduct* 1.16(b)(4).

## III. ARGUMENT

Good cause exists for this Court to permit Counsel to withdraw their appearances on behalf of Celtic in this case. To avoid breaching confidentiality obligations that prevent Counsel from providing substantive factual support for this Motion, Counsel represents simply that Celtic's non-responsiveness and professional considerations require termination of Counsel's representation of Celtic in this matter. As noted above, Counsel have provided Celtic ample opportunity to address the professional considerations raised by Counsel.

-2-

## IV. CONCLUSION

WHEREFORE, Counsel respectfully requests that this Court grant their Motion to Withdraw as Counsel for Celtic, strike their respective appearances, and for such further relief as this Court deems necessary.

Dated: December 30, 2020     GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Sean P. Flynn*
Sean P. Flynn

Dated: December 30, 2020     ROTH JACKSON

By: */s/ Gregory M. Caffas*
Mitchell N. Roth (PHV)
Joseph P. Bowser (PHV)
Gregory M. Caffas (PHV)

*Attorneys for Defendants CELTIC MARKETING, LLC; SUNPATH LIMITED CORP.; and NORTHCOAST WARRANTY SERVICES, INC.*

### CERTIFICATE OF CONFERRAL

I certify that I conferred with Plaintiff's counsel on December 21, 2020 regarding the requested relief. Plaintiff's counsel stated that he does not oppose the requested relief.

*/s/ Gregory M. Caffas*