# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BORN, <br><br> Plaintiff, <br><br> v. <br><br> CELTIC MARKETING LLC ET AL., <br><br> Defendant. | Case No. 8:19-cv-01950-JLS-ADS <br><br> **JUDGMENT** |

The Court, having granted Plaintiffs' Motion to Enforce Settlement Agreement (Doc. 101), HEREBY ORDERS that judgment is entered in favor of Plaintiff Dennis Born and against Defendant Celtic Marketing LLC in the amount of $15,000. Plaintiff, as the prevailing party in this case, is directed to submit an "Application to the Clerk to Tax Costs" and bill of costs to recover any eligible litigation costs in this action. *See* C.D. Cal. L.R. 54-2, 54-2.1.

DATE:_May 20, 2021

_____
HON. JOSEPHINE L. STATON
U.S. DISTRICT COURT JUDGE

1